68 A.3d 329

James Joseph SMULL, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 17, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is **AFFIRMED.**